UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 08-662 (KSH)

JOHN E. HOWARD : CONTINUANCE ORDER

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), and defendant John E. Howard (by K. Anthony Thomas, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _8th_ day of _December_ 2008,

ORDERED that defense motions shall be filed December 15, 2008; the government's reply shall be filed by January 5, 2009; and the argument of motions is scheduled for January _26th_, 2009;

ORDERED that the period from December 1, 2008, through January 31, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
Hon. Katharine S. Hayden
United States District Judge

Form and entry
consented to:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
K. Anthony Thomas, AFPD
Counsel for defendant John E. Howard