UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-662 (KSH) |
| JOHN E. HOWARD | : | <u>SCHEDULING ORDER</u> |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), for an order adjourning the hearing for the defendant's motion to suppress evidence in the above-captioned case, currently scheduled for May 10, 2009, and rescheduling the hearing for June 8, 2009 at 2 P.M., and counsel for the defendant, K. Anthony Thomas, Esq., having no objection, and for good and sufficient cause shown,

IT IS, on this 16th day of March, 2009,
ORDERED:

1. The hearing for the defendant's motion to suppress evidence in the above-captioned case, currently scheduled for May 10, 2009, is adjourned.

2. The hearing for the defendant's motion to suppress evidence in the above-captioned case is rescheduled for June 8, 2009 at 2 P.M.

_____
Hon. Katharine S. Hayden
United States District Judge