UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v | : |
| | : CRIM. NO. 08-662 (KSH) |
| JOHN E. HOWARD | : |
| Defendant. | : ORDER |

This matter having been opened to the Court by the defendant, John E. Howard, by his attorney (K. Anthony Thomas, Assistant Federal Public Defender, appearing), and the United States of America (Randall Cook, Assistant United States Attorney, appearing) having responded; and

WHEREAS on June 8, 2009, the Court heard oral arguments regarding Howard's pretrial motion to suppress evidence obtained from an allegedly unlawful seizure and search, and the Court determined that an evidentiary hearing is required; and good cause appearing,

It is on this 24th day of June, 2009,

ORDERED that said evidentiary hearing shall commence on July 30, 2009, at 10:00 a.m.

/s/ Katharine S. Hayden

_____
Honorable Katharine S. Hayden
United States District Court