UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : |
|---|---|
| v | : |
| | : CRIM. NO. 08-662 (KSH) |
| JOHN E. HOWARD | : |
| | : ORDER |
| Defendant. | : |

This matter having been opened to the Court by the defendant, John E. Howard, by his attorney, (K. Anthony Thomas, Assistant Federal Public Defender, appearing), and the United States of America (Randall Cook, Assistant United States Attorney, appearing) having responded, and

WHEREAS on September 3, 2009, the Court heard final testimony regarding Mr. Howard's pretrial motion to suppress evidence allegedly obtained from a lawful seizure and search; and

WHEREAS the Court shall hear oral arguments regarding the suppression motion on December, 2, 2009;

IT IS on this _____ day of September, 2009

ORDERED that the parties shall simultaneously submit their final briefs regarding the suppression motion on November 16, 2009.

_____
Honorable Katharine S. Hayden
United States District Court