# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America

                      :       Criminal No. 08-662   (KSH)

            Plaintiff (s)

                      :

    vs.

                      :       **ORDER OF RELEASE**

John Howard

           Defendant(s)   :

This matter having come before the Court by way of a petition for violation of supervised release as to defendant John Howard; and the Court having considered the matter and having heard argument and rendered its decision on the record on July 28, 2011; and good cause having been shown,

It is on this 28th day of July, 2011

**ORDERED** that United States Marshal Service are directed to release defendant John Howard from Federal custody and shall be placed on home confinement with electronic monitoring. It is further,

**ORDERED** that the previously set conditions of supervised release remain in full effect.

_____
KATHARINE S. HAYDEN      U.S.D.J.